**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**EASTERN DIVISION**

**KARLENE GILMORE**                                                                            **PLAINTIFF**

**v.**                                                         **CIVIL ACTION NO. 2:17-CV-63-KS-MTP**

**STATE OF MISSISSIPPI, et al.**                                               **DEFENDANTS**

## ORDER

On May 8, 2017, Plaintiff Karlene Gilmore ("Movant") filed her Motion to Remand [4]. Defendants ("Respondents") have until on or before **May 22, 2017**, to respond to this motion. Fed. R. Civ. P. 6(a), (d); L.U.Civ.R. 7(b)(4). If Movant wishes to file a rebuttal, she may do so on or before **May 30, 2017**. Fed. R. Civ. P. 6(a), (d); L.U.Civ.R. 7(b)(4).

If either Movant or Respondents require an extension of time, they must file a motion for such prior to the deadline's expiration. L.U.Civ.R. 7(b)(4). Any party seeking an extension must advise the Court whether it is opposed. L.U.Civ.R. 7(b)(10).

Movant's original and reply memoranda shall not exceed a combined total of thirty-five (35) pages, and Respondents' response shall not exceed thirty-five (35) pages. L.U.Civ.R. 7(b)(5). If a party requires more pages to fully respond, they may seek leave to do file an excess of pages.

SO ORDERED AND ADJUDGED, on this, the \_\_\_11th\_\_\_ day of May, 2017.

                                                                                      s/Keith Starrett
                                                                                      KEITH STARRETT
                                                                                      UNITED STATES DISTRICT JUDGE