# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# EASTERN DIVISION

**KARLENE GILMORE**                                                **PLAINTIFF**

**v.**                                                         **CIVIL ACTION NO. 2:17-CV-63-KS-MTP**

**STATE OF MISSISSIPPI, et al.**                                     **DEFENDANTS**

## ORDER

On May 9, 2017, Defendants ("Movants") filed their Motions to Dismiss for Lack of Jurisdiction [6][7][8]. Plaintiff ("Respondent") has until on or before **May 23, 2017**, to respond to this motion. Fed. R. Civ. P. 6(a), (d); L.U.Civ.R. 7(b)(4). If Movants wish to file a rebuttal, they may do so on or before **May 30, 2017**. Fed. R. Civ. P. 6(a), (d); L.U.Civ.R. 7(b)(4).

If either Movants or Respondent require an extension of time, they must file a motion for such prior to the deadline's expiration. L.U.Civ.R. 7(b)(4). Any party seeking an extension must advise the Court whether it is opposed. L.U.Civ.R. 7(b)(10).

Movants' original and reply memoranda shall not exceed a combined total of thirty-five (35) pages, and Respondent's response shall not exceed thirty-five (35) pages. L.U.Civ.R. 7(b)(5). If a party requires more pages to fully respond, they may seek leave to do file an excess of pages.

SO ORDERED AND ADJUDGED, on this, the   11th   day of May, 2017.

                                                                           s/Keith Starrett
                                                                           KEITH STARRETT
                                                                           UNITED STATES DISTRICT JUDGE