IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**KARLENE GILMORE**                                                                   **PLAINTIFF**

**v.**                                      **CIVIL ACTION NO. 2:17-CV-63-KS-MTP**

**STATE OF MISSISSIPPI, et al.**                                      **DEFENDANTS**

## ORDER

On July 18, 2017, Defendant Gregory Michel ("Movant") filed Motion for Reconsideration [47] and Motion to Stay [49]. Plaintiff Karlene Gilmore ("Respondent") has until on or before **August 1, 2017**, to respond to these motions. Fed. R. Civ. P. 6(a), (d); L.U.Civ.R. 7(b)(4). If Movants wish to file rebuttals, they may do so on or before **August 8, 2017**. Fed. R. Civ. P. 6(a), (d); L.U.Civ.R. 7(b)(4).

If either Movant or Respondent requires an extension of time, they must file a motion for such prior to the deadline's expiration. L.U.Civ.R. 7(b)(4). Any party seeking an extension must advise the Court whether it is opposed. L.U.Civ.R. 7(b)(10).

Movant's original and reply memoranda shall not exceed a combined total of thirty-five (35) pages, and Respondent's response shall not exceed thirty-five (35) pages. L.U.Civ.R. 7(b)(5). If a party requires more pages to fully respond, they may seek leave to do file an excess of pages.

SO ORDERED AND ADJUDGED, on this, the __18th__ day of July, 2017.

                                                      ____s/Keith Starrett_____
                                                      KEITH STARRETT
                                                      UNITED STATES DISTRICT JUDGE